# IN THE SUPREME COURT OF THE STATE OF NEVADA

AJAY BOURI; APPAREL DIRECT LLC; FEATURE LLC; FEATURE, INC.; EDWARD LUERA; LUERA HOLDINGS LIMITED; AARON WHITE; AND IKON FEATURE LLC,

          Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TIMOTHY C. WILLIAMS, DISTRICT JUDGE,

          Respondents,

and

IN THE ROOM LLC; AND KEITH A. IAVAZZI,

          Real Parties in Interest.

No. 82775

**FILED**

AUG 24 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY: _____
DEPUTY CLERK

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

21-24652

cc:   Hon. Timothy C. Williams, District Judge
Parsons Behle & Latimer/Salt Lake City
Humphrey Law PLLC
Parsons Behle & Latimer/Reno
McDonald Carano LLP/Las Vegas
Sklar Williams LLP
Eighth District Court Clerk